# United States District Court
*EASTERN DISTRICT OF TEXAS*
*SHERMAN DIVISION*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No. 4:16-CR-122 (Judge Mazzant/Judge Love) |
| JOSHUA BRYCE BYNUM (3) | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, including 153 days of unserved halfway house time, with a term of supervised release of two (2) years to follow, the first 6 months of which will be served in a county rehabilitation center.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in

the North Texas area, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 26th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE